# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America | **APPEARANCE OF COUNSEL** |
| Plaintiff | Case No:  0:23-cr-00160-NEB-JFD |
| v. | |
| Randy Tate | |
| Defendant | |

The undersigned attorneys hereby notify the Court and parties and counsel of record that Steven L. Schleicher, Clayton J. Carlson, and Carmen Carballo of Maslon LLP are admitted or otherwise authorized to practice in this court, and shall appear as counsel of record for Defendant Randy Tate in this case.


Dated: 05/03/2023

  s/ Steven L. Schleicher
Steven L. Schleicher (#0260587)
Clayton J. Carlson (#0401182)
Carmen Carballo (#0402890)
MASLON LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone:  (612) 672-8200
Facsimile:  (612) 642-4800
steve.schleicher@maslon.com
clayton.carlson@maslon.com
carmen.carballo@maslon.com